# EXHIBIT A

# LIST OF UNCLAIMED FUNDS

| NAME | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|
| James M. Sparkman<br>1936 E. 9th Street<br>Carter Lake, IA 51510 | 21113 | 400.00 |
| Mario Alarcon<br>3538 Center Street<br>Omaha, NE 68105-2424 | 21114 | 975.00 |
| Matthew Aajuoga<br>P.O. Box 27192<br>Omaha, NE 68127 | 21118 | 75.00 |
| Matthew R. Mason<br>12670 B Street<br>Omaha, NE 68144-4067 | 21119 | 400.00 |
| Rashad W. Cribbs<br>6325 No. 38th Street<br>Omaha, NE 68111 | 21122 | 400.00 |
| Tendekai L. Muzorewa<br>4513 Anchor Mill Road<br>Bellevue, NE 68133 | 21125 | 400.00 |
| Troy C. Fleharty<br>4706 E. 13th Street<br>Cheyenne, WY 82001-6734 | 21126 | 75.00 |
| Susan L. Bermudez<br>3061 49th Street<br>Ft. Lauderdale, FL 33308 | 21138 | 314.37 |
| James M. Sparkman<br>1936 E. 9th Street<br>Carter Lake, IA 51510 | 21141 | 204.97 |
| Amir Khalil<br>15931 Yates Street<br>Omaha, NE 68116-2435 | 21143 | 1,524.31 |

| NAME | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|
| Mario Alarcon<br>3538 Center Street<br>Omaha, NE 68105-2424 | 21154 | 499.63 |
| Ladonna M. Henderson<br>4026 Frederick Street<br>Omaha, NE 68105-3337 | 21159 | 302.94 |
| Thomas Cumberland<br>P.O. Box 24066<br>Omaha, NE 68124 | 21174 | 499.63 |
| Melissa J. Kment<br>1324 Avalon Drive<br>Acton, MA 01720-3452 | 21204 | 610.74 |
| Manuel K. Alexander<br>818 Lake Vista Drive<br>Papillion, NE 68046 | 21218 | 204.97 |
| Andrea S. Le Flores<br>2315 Grand Avenue<br>Omaha, NE 68110 | 21227 | 246.82 |
| Melissa A. Webber<br>1009 Bellevue Blvd. N.<br>Bellevue, NE 68005 | 21233 | 81.31 |
| Rex A. Littell, Jr.<br>3827 Franklin Street<br>Omaha, NE 68111 | 21237 | 38.43 |
| Rex A. Littell, Jr.<br>3827 Franklin Street<br>Omaha, NE 68111 | 21238 | 204.97 |
| Byron I. Washington<br>804 Oakview Road #94<br>Branson, MO 65616 | 21243 | 204.97 |
| Matthew P. Kanowski<br>7720 Highland Street, #4<br>Omaha, NE 68127 | 21248 | 204.97 |

| NAME | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|
| Nicolas Apaventi<br>3702 Dodge Street, #101<br>Omaha, NE 68131-3141 | 21249 | 204.97 |
| Shameka N. Williams<br>2203 Lothrop Street<br>Omaha, NE 68110-3932 | 21252 | 204.97 |
| Maurice Miley<br>4001 LaSalle<br>Lincoln, NE 68156 | 21255 | 204.97 |
| Ramell L. Ruffin<br>12322 So. 28th Street<br>Bellevue, NE 68123 | 21258 | 204.97 |
| Justin C. Hayes<br>904 Walnut Street, Apt. 1009<br>Des Moines, IA 50309-3524 | 21262 | 25.62 |
| Aaron Jettrich<br>5012 Webster Street<br>Omaha, NE 68132-2210 | 21263 | 204.97 |
| William R. McCracken<br>1848 C Street, Apt. 101<br>Lincoln, NE 68502 | 21265 | 204.97 |
| Matthew Aajuoga<br>P.O. Box 27192<br>Omaha, NE 68127 | 21271 | 38.43 |
| Matthew R. Mason<br>12670 B Street<br>Omaha, NE 68144-4067 | 21272 | 204.97 |
| Tendekai L. Muzorewa<br>4513 Anchor Mill Road<br>Bellevue, NE 68133 | 21278 | 204.97 |
| Troy C. Fleharty<br>4706 E. 13th Street<br>Cheyenne, WY 82001-6734 | 21279 | 38.43 |

| NAME | CHECK NO. | AMOUNT OF CHECK |
|---|---|---|
| Christopher J. Evans<br>2780 D Street, Apt. E<br>Lincoln, NE 68510-3149 | 21282 | 31.37 |
| Jeanie Anderson<br>26848 Bennington Road<br>Valley, NE 68064-6204 | 21286 | 12.77 |
| TOTAL | | 9,654.41 |

27777.450/4817-7691-9854, v. 1